In the Matter of the Application of BERNARD NAUGHTON, Appellant.

REPUBLICAN COUNTY COMMITTEE OF WESTCHESTER COUNTY et al., Respondents.

*Election Law — nominations — authority of county committee to fill vacancy caused by disqualification of nominee.*

*Matter of Naughton,* 218 App. Div. 741, affirmed.

(Argued October 21, 1926; decided October 22, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 19, 1926, which affirmed an order of Special Term denying an application for an order declaring null and void the certificate of nomination of Jere Milliman as Republican nominee for comptroller of Westchester county. Milliman was named by a majority of a quorum of the Republican county committee to fill a vacancy caused by the disqualification of the candidate nominated at the primary election. The question was whether the word " disqualification " in section 139 of the Election Law refers only to a condition arising after nomination.

*Humphrey J. Lynch* and *Benjamin M. Freeman* for appellant.

*Henry R. Barrett, Lee Parsons Davis* and *William A. Davidson* for respondents.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM BARSZYOUK, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 14, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Supreme Court, rendered June 18, 1926, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.